## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JIMMY TOBIAS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **OFFICE OF THE DIRECTOR OF** | ) |
| **NATIONAL INTELLIGENCE,** | ) |
| Washington, D.C. 20511 | ) |
| | ) |
| **Defendant.** | ) |

## COMPLAINT

1. Plaintiff JIMMY TOBIAS brings this suit to force Defendant OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE to produce a report regarding origins of the COVID-19 pandemic. ODNI refused to release the report in response to Plaintiff's FOIA request, claiming without evidence that the record is classified and pertains to intelligence sources and methods.

## PARTIES

2. Plaintiff JIMMY TOBIAS is an independent reporter who has written for *The Guardian* and *The Nation*, among other media outlets, and is the FOIA requester in this case.

3. Defendant OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

4. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

5. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## JUNE 5, 2023 FOIA REQUEST TO ODNI

6. On June 5, 2023, Plaintiff submitted a FOIA request to ODNI for a copy of the updated ODNI report on the origin of COVID-19, as described in the following Wall Street Journal article: https://www.wsj.com/articles/covid-origin-china-lab-leak-807b7b0a

7. A true and correct copy of the FOIA request, along with subsequent correspondence, is attached as Exhibit 1.

8. On July 3, 2023, ODNI acknowledged receipt of the request and assigned reference number DF-2023-00210 to the matter.

9. A true and correct copy of the acknowledgement letter is attached as Exhibit 2.

10. On September 14, 2023, ODNI located two records in response to Plaintiff's request and withheld both records in full under Exemptions (b)(3) and (b)(1) pursuant to Executive Order 13526.

11. A true and correct copy of the response letter is attached as Exhibit 3.

12. On September 19, 2023, Plaintiff administratively appealed the denial of his request, noting that the agency made no effort to release segregable information that is not exempt from disclosure.

13. A true and correct copy of the appeal is attached as Exhibit 4.

14. On September 20, 2023, ODNI acknowledged receipt of the appeal.

15. A true and correct copy of the communication is attached as Exhibit 5.

16. ODNI did not send any further correspondence to Plaintiff regarding this request.

17. Other federal intelligence agencies have published their conclusions regarding the origins of the COVID-19 pandemic, including the Department of Energy and the Federal Bureau of Investigation.

18. As of the date of this filing, ODNI has failed to make any responsive records available to Plaintiff.

## COUNT I – ODNI'S FOIA VIOLATION
## JUNE 5, 2023 FOIA REQUEST—KEEN WIV COMMS

19. The above paragraphs are incorporated by reference.

20. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

21. Defendant ODNI is a federal agency subject to FOIA.

22. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

23. Defendant ODNI has failed to conduct a reasonable search for records responsive to the request.

24. Defendant ODNI has failed to issue a determination within the statutory deadline.

25. Defendant ODNI has failed to produce all non-exempt records responsive to the request.

**WHEREFORE**, Plaintiff asks the Court to:

   i. declare that Defendant has violated FOIA;

   ii. order Defendant to conduct a reasonable search for records and to produce the requested records promptly;

   iii. enjoin Defendant from withholding non-exempt public records under FOIA;

   iv. award Plaintiffs attorneys' fees and costs; and

   v. award such other relief the Court considers appropriate.

Dated: October 8, 2024

RESPECTFULLY SUBMITTED,

*/s/ Matthew V. Topic*

Attorneys for Plaintiff
JIMMY TOBIAS

Matthew Topic, D.C. Bar No. IL0037
Stephen Stich Match, D.C. Bar No. MA0044
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com

- 4 -