

| From: Muckrock Staff | 08/02/2023 |
|---|---|

| From: Muckrock Staff | 09/01/2023 |
|---|---|

| From: Office of the Director of National Intelligence | 09/14/2023 |
|---|---|

Subject: RE: Freedom of Information Act Request: ODNI assessment DF-2023-00210                Email

Good afternoon Mr. Tobias,

Please see attached final response.

Sincerely,
DNI-FOIA

 DF-2023-00210 Tobias Final

View    Embed    Download

~WRD011

Download

### Newsletter
Want the latest investigative and FOIA news?

Subscribe



MuckRock is a non-profit collaborative news site that gives you the tools to keep our government transparent and accountable.

Make a Donation

© 2010–2024 Muckrock

**SECTIONS**
- News
- Projects
- Requests
- Agencies
- Jurisdictions
- Newsletters

**ABOUT**
- About Us
- Staff
- FAQ
- Editorial Policy
- API
- Privacy Policy
- Terms of Service
- Financials

**FEEDS**
- Latest Reporting
- Latest Questions
- Recently Filed Requests
- Recently Completed Requests

Case 1:24-cv-02861   Document 1-1   Filed 10/08/24   Page 2 of 8

OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE
WASHINGTON, DC

30 June 2023

Jimmy Tobias
MuckRock News
DEPT MR 147122
263 Huntington Avenue
Boston, MA  02115

Mr. Tobias:

This letter acknowledges receipt of your Freedom of Information Act (FOIA) request received on 6 June 2023 by the Office of the Director of National Intelligence (ODNI), requesting a copy of the updated ODNI report on the origin of COVID-19 as described in the referenced Wall Street Journal article.

**The request has been assigned ODNI tracking number DF-2023-00210.** ODNI will begin processing this case in accordance with when it was received.

For assistance with any aspect of this request, please contact the ODNI FOIA Office at dni-foia@dni.gov or (703) 275-1313. Additional support is available through the FOIA Public Liaison at dni-foia-liaison@dni.gov and through the Office of Government Information Services (OGIS) at the National Archives and Records Administration, which also offers mediation services regarding FOIA requests. OGIS can be reached by mail at 8601 Adelphi Road, Room 2510, College Park, MD 20740-6001; telephone at (202) 741-5770 or toll-free at (877) 684-6448; or email at ogis@nara.gov.

Sincerely,

*[signature]*
for

Gregory Koch
Chief, Information Management Office
FOIA Public Liaison

**Exhibit 2**

OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE
WASHINGTON, DC

September 13, 2023

Jimmy Tobias
MuckRock News
DEPT MR 147122
263 Huntington Avenue
Boston, MA 02115

Reference: ODNI Case DF-2023-00210

Mr. Tobias,

This responds to your request dated 5 June 2023, received in the Information Management Office of the Office of the Director of National Intelligence on 6 June 2023. Pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, as amended, you requested a copy of the updated ODNI report on the origin of COVID-19 as described in the referenced Wall Street Journal article.

Your request was processed in accordance with the FOIA, 5 U.S.C. § 552, as amended, and two responsive records to your request were located. Upon review, we have determined that both records must be withheld in their entirety pursuant to the following FOIA exemptions:

- (b)(1), which applies to information that is currently and properly classified pursuant to Executive Order 13526, Section 1.4 (c), (d); and
- (b)(3), which applies to information from disclosure by statute. Specifically, Section 102A(i)(l), 50 U.S.C. § 3024(i)(1), protects information pertaining to intelligence sources and methods.

During the review process, we considered the foreseeable harm standard and have determined that the withheld information is not releasable.

You may contact me, the FOIA Public Liaison, at dni-foia-liaison@dni.gov or (703) 275-3500 for assistance or to discuss any aspect of your request. You may also contact the Office of Government Information Services (OGIS) of the National Archives and Records Administration to inquire about the mediation services they provide. OGIS can be reached by mail at 8601 Adelphi Road, Room 2510, College Park, MD 20740-6001; telephone (202) 741-5770; toll-free (877) 684-6448; or email at ogis@nara.gov.

If you are dissatisfied with my response to your request, you may administratively appeal by submitting a written request to the Chief FOIA Officer, c/o Director, Information Management Office, Office of the Director of National Intelligence, Washington, DC 20511, or dni-foia@dni.gov. The request letter and envelope or subject line of the email should be marked "Freedom of Information Act Appeal." Your appeal must be postmarked or electronically transmitted within 90 days of the date of this letter.

If you have any questions, feel free to email our Requester Service Center at dni-foia@dni.gov or call us at (703) 275-1313.

Sincerely,

*[signature]* for

Gregory Koch
Chief, Information Management Office
FOIA Public Liaison

Enclosure

**Exhibit 3**

---------- Forwarded message ---------
From: **Jimmy Tobias** <jtoby87@gmail.com>
Date: Tue, Sep 19, 2023 at 11:48 AM
Subject: FOIA Appeal re: DF-2023-00210
To: <dni-foia@dni.gov>


To Whom It May Concern

This is an appeal under the Freedom of Information Act, 5 U.S.C. § 552 in reference to the following FOIA request: DF-2023-00210

ODNI's final response letter to me is attached below as well as my original request.

The agency provided its response to my FOIA request on September 13, 2023. It withheld in full two responsive documents, citing FOIA exemptions b(1) and b(3).

Among other problems with the agency's response, it withheld both responsive records in full -- as it regards these documents, it appears the agency made no attempt to segregate releasable material as is required under the law. I ask the agency to release these fully withheld documents in a manner that incorporates segregation of releasable material, including releasing page numbers, subject lines, document headings and titles, and any sentences and paragraphs that cannot reasonably fall under the referenced exemptions, such as boilerplate language, agency insignia, etc.

Moreover, and in general, the agency appears to be in violation of the Covid-19 Origin Act of 2023, which requires the federal government to declassify all material related to COVID origins that cannot reasonably endanger or threaten the intelligence community's sources and methods. By failing to release even page numbers, headings, agency insignia, or partially redacted pages, the agency seems to be in violation of this statute.

I trust that upon re-consideration, ODNI will reverse the decision denying me access to these materials and re-release records to me in redacted form. However, if within twenty days I have not received a full response to my request, I will deem the appeal denied and explore initiating a lawsuit to compel disclosure on one or more of these requests.

As I have made this request in the capacity of a journalist and this information is of timely value, I would appreciate the ODNI expediting the consideration of my appeal in every way possible. In any case, I will expect to receive the department's decision within 20 business days, as required by the statute.

Thank you again for your assistance.

**Exhibit 4**

Website: www.jimmytobias.com

---

**2 attachments**


**ODNI original request.png**
260K


**DF-2023-00210_Tobias_Final-1.pdf**
520K

---------- Forwarded message ---------
From: **DNI-FOIA** <DNI-FOIA@dni.gov>
Date: Wed, Sep 20, 2023 at 8:50 AM
Subject: RE: FOIA Appeal re: DF-2023-00210
To: Jimmy Tobias <jtoby87@gmail.com>
Cc: DNI-FOIA <DNI-FOIA@dni.gov>

Good Morning,

Your appeal has been received.

Sincerely,

DNI-FOIA

**From:** Jimmy Tobias <jtoby87@gmail.com>
**Sent:** Tuesday, September 19, 2023 12:48 PM
**To:** DNI-FOIA <DNI-FOIA@dni.gov>
**Subject:** FOIA Appeal re: DF-2023-00210

To Whom It May Concern

This is an appeal under the Freedom of Information Act, 5 U.S.C. § 552 in reference to the following FOIA request: DF-2023-00210

ODNI's final response letter to me is attached below as well as my original request.

The agency provided its response to my FOIA request on September 13, 2023. It withheld in full two responsive documents, citing FOIA exemptions b(1) and b(3).

Among other problems with the agency's response, it withheld both responsive records in full -- as it regards these documents, it appears the agency made no attempt to segregate releasable material as is required under the law. I ask the agency to release these fully withheld documents in a manner that incorporates segregation of releasable material, including releasing page numbers, subject lines, document headings and titles, and any sentences and paragraphs that cannot reasonably fall under the referenced exemptions, such as boilerplate language, agency insignia, etc.

Moreover, and in general, the agency appears to be in violation of the Covid-19 Origin Act of 2023, which requires the federal government to declassify all material related to COVID origins that cannot reasonably endanger or threaten the

intelligence community's sources and methods. By failing to release even page numbers, headings, agency insignia, or partially redacted pages, the agency seems to be in violation of this statute.

I trust that upon re-consideration, ODNI will reverse the decision denying me access to these materials and re-release records to me in redacted form. However, if within twenty days I have not received a full response to my request, I will deem the appeal denied and explore initiating a lawsuit to compel disclosure on one or more of these requests.

As I have made this request in the capacity of a journalist and this information is of timely value, I would appreciate the ODNI expediting the consideration of my appeal in every way possible. In any case, I will expect to receive the department's decision within 20 business days, as required by the statute.

Thank you again for your assistance.


--

Jimmy Tobias
Email: jtoby87@gmail.com


Website: www.jimmytobias.com
[Quoted text hidden]